IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:19-CV-228-M

I.P. a minor child by his grandfather and Next Friend )
DONALD G. NEWSOME, MICHAEL PRICE and )
CHANDLER PRICE, )
                             Plaintiffs, )        **ORDER**
)
v. )
)
WAYNE COUNTY SHERIFF LARRY M. PIERCE, )
in his official capacity; SERGEANT SCHOOL )
RESOURCE OFFICER BRANDY JONES, in her )
individual capacity; SERGEANT SCHOOL )
RESOURCE OFFICER SHATANA LATICE )
JONES, in her individual capacity; LIEUTENANT )
SCHOOL RESOURCE OFFICER WILLIAM )
KATES in his individual capacity; SERGEANT )
SCHOOL RESOURCE OFFICER MARION )
WALTON in his individual capacity; WESTERN )
SURETY COMPANY; MARK ARMSTRONG, )
individually and as employee for BUTTERFLY )
EFFECTS, LLC; BRITTNE BROOKS, individually )
and as employee for BUTTERFLY EFFECTS, LLC, )
BUTTERFLY EFFECTS, LLC, JOHN DOE 1 and )
JOHN DOE 2, )
                             Defendants.

In light of this Court's order of January 30, 2020 at [DE-62], and the filing of the Second Amended Complaint at [DE-63], the defendant Larry M. Pierce's Motion to Dismiss [DE-46] is hereby DENIED AS MOOT.

SO ORDERED this the 30th day of January, 2020.

/s/ Richard E. Myers II
RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE